■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY VILLAFANE, Appellant. [8 NYS3d 920]—Appeal by the defendant from an order of the Supreme Court, Suffolk County (Condon, J.), dated June 11, 2013, which denied, without a hearing, his motion pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence.

Ordered that the order is affirmed.

The Supreme Court properly denied, without a hearing, the defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence, since the defendant failed to show that there was a reasonable probability that the verdict would have been more favorable to him had DNA tests been performed and the results admitted at trial (*see* CPL 440.30 [1-a]; *People v Griffin*, 121 AD3d 1127, 1127 [2014]; *People v Johnson*, 112 AD3d 969, 969-970 [2013]; *People v Perry*, 89 AD3d 1114, 1115

[2011]; *People v Bolling*, 65 AD3d 1054, 1054 [2009]). Eng, P.J., Leventhal, Hall and Roman, JJ., concur.